# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

IRENE GOODMAN, JENNIFER COMBS, JENNA CRON, ROBERT H. GOODMAN, LAURA GRAFF, TAMARA HUNTER, LANA IZWORSKI, NICOLE IZWORSKI, ROBERT KATLER, ANGELA McMAHON, LUZ M. MURILLO, JOHN M. PISOWICZ, RAELYN PISOWICZ, DEBORAH A. MILLER, JEREMY MILLER, CARLOS SALAMANCA, and KAREN VOSGANIAN, each individually and on behalf of all other similarly-situated persons,

    Plaintiffs,

vs.

RADIOLOGY REGIONAL CENTER, P.A. and RADIOLOGY REGIONAL CENTER PROFESSIONAL SERVICES LLC, jointly and severally,

    Defendants.
_____/

CASE NO.: 2:16-cv-00301-JES-MRM

## **DEFENDANTS' NOTICE OF PENDENCY OF RELATED ACTIONS**

Defendants RADIOLOGY REGIONAL CENTER, P.A. and RADIOLOGY REGIONAL CENTER PROFESSIONAL SERVICES LLC (collectively, "RRC"), hereby disclose, pursuant to Local Rule 1.04(d), that the instant action is related to the following pending civil cases previously filed, as indicated below:

1. Twentieth Judicial Circuit in Lee County, Florida; Case No. 16-CA-00629
   *Jennifer Bellows, et al. v. Radiology Regional Center, P.A. and Lee County*

2. Twentieth Judicial Circuit in Lee County, Florida; Case No. 16-CA-00748
   *Deborah Fancy v. Radiology Regional Center and Lee County*

| | |
|---|---|
| Date: May 10, 2016 | /s/ *Michael S. Hooker*<br>Michael S. Hooker<br>Florida Bar No. 330655<br>Guy McConnell<br>Florida Bar No. 472697<br>Jason A. Pill<br>Florida Bar No. 0070284<br>**PHELPS DUNBAR LLP**<br>100 S. Ashley Drive, Suite 1900<br>Tampa, FL 33602<br>Telephone: (813) 472-7550<br>Facsimile: (813) 472-7570<br>michael.hooker@phelps.com<br>guy.mcconnell@phelps.com<br>jason.pill@phelps.com<br>Counsel for Defendants |

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to:

Anthony J. Dimora
Charles PT Phoenix
Jason T. File
**RHODES TUCKER PHOENIX CHARTERED**
Suite 6
2407 Periwinkle Way
Sanibel, FL 33957
Telephone: (239) 472-1144
Facsimile: (239) 244-1976
cptp@rhodestucker.com
ad@rhodestucker.com
jf@rhodestucker.com

Jason W. Graham
Graham & Penman, LLP
Suite 115
17 Executive Park Dr.
Atlanta, GA 30329
Telephone: (404) 842-9380
Facsimile: (678) 904-3110
jason@grahamandpenman.com

Thomas V. Girardi
Girardi & Keese
1126 Wilshire Blvd
Los Angeles, CA 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554
tgirardi@girardikeese.com

/s/ *Michael S. Hooker*
Attorney

- 2 -